UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GABRIEL O. HUNTER                                      CIVIL ACTION

VERSUS                                                 NO: 21-529

MARCUS MYERS, WARDEN                                   SECTION: "A" (5)

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the Plaintiff's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that Plaintiff Gabriel Hunter's request for an emergency stay of trial is **DENIED** and his 28 U.S.C. § 2254 Petition for the issuance of a writ of habeas corpus is **DISMISSED WITH PREJUDICE**.

June 17, 2021

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE